IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DALE ARNOLD, :
    Plaintiff :
: No. 1:19-cv-750
v. :
: (Judge Kane)
TRACY SMITH, et al., :
    Defendants :

# ORDER

**AND NOW**, on this 6th day of September 2019, in accordance with the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Plaintiff's motion for a sweat lodge (Doc. No. 17), which seeks mandatory preliminary injunctive relief, is **DENIED**;

2. Defendants' motion to dismiss Plaintiff's motion for summary judgment (Doc. No. 26) is **GRANTED**; and

3. Plaintiff's motion for summary judgment (Doc. No. 23) is **DENIED AS PREMATURE**. This denial is **WITHOUT PREJUDICE** to Plaintiff's right to file a subsequent motion for summary judgment after discovery concludes or at some other appropriate time.

                                        s/ Yvette Kane
                                        Yvette Kane, District Judge
                                        United States District Court
                                        Middle District of Pennsylvania